

United States Courts
Southern District of Texas
FILED

JAN 30 2004

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, et al., On Behalf of Themselves and All Others Similarly Situated, | § § § § § | Civil Action No. H-02-0410 **(Consolidated)** CLASS ACTION |
| Plaintiffs, | § § | |
| vs. | § § | |
| HANOVER COMPRESSOR COMPANY, et al., | § § § § | |
| Defendants. | § § | |

**SETTLING PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND THE SECURITIES AND ERISA PLANS OF ALLOCATION; AND (2) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

133

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to the Court's Order of December 5, 2003, on February 6, 2004 at 2:30 p.m. at the United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas, or as soon thereafter as counsel may be heard before the Honorable Vanessa D. Gilmore, United States District Judge, Settling Plaintiffs will hereby and do move for orders and/or judgments (1) finally approving the settlement of the litigation and dismissing the above-captioned action with prejudice; (2) approving the Securities and ERISA Plans of Allocation of settlement proceeds; and (3) awarding Settling Plaintiffs' Counsel attorneys' fees plus reimbursement of expenses incurred and reimbursement of time and expenses to certain Lead Plaintiffs and to the named Plaintiff in the ERISA Action. Settling Plaintiffs' motion is based upon Settling Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement and the Securities and ERISA Plans of Allocation, Settling Plaintiffs' Memorandum of Law in Support of Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Darren J. Robbins in Support of Settling Plaintiffs' Counsel's Unopposed Motion for Final Approval of Settlement and the Securities and ERISA Plans of Allocation, and for Award of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Robert A.G. Monks on Behalf of Lens Governance Advisors, P.A. in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement, the Declarations/Affidavits of counsel and Lead Plaintiffs submitted herewith, the Stipulation and Agreement of Settlement dated as of October

23, 2003, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Settling Plaintiffs' motion or at the hearing.

| | |
|---|---|
| DATED: January 30, 2004 | CROWLEY DOUGLAS & NORMAN, LLP<br>TIMOTHY J. CROWLEY<br>State Bar No. 05170700<br>RICHARD E. NORMAN<br>State Bar No. 00788128 |

*Timothy J. Crowley w/ permission REN*

TIMOTHY J. CROWLEY

1301 McKinney Street, Suite 3500
Houston, TX 77010-3034
Telephone: 713/651-1771

SCHWARTZ, JUNELL, GREENBERG
  & OATHOUT, LLP
ROGER B. GREENBERG
Federal I.D. No. 3932
State Bar No. 08390000
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Telephone: 713/752-0017

**Attorneys in Charge and
Plaintiffs' Co-Liaison Counsel**

**Lead Counsel for Plaintiffs:**

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
AMBER L. ECK
MATTHEW P. MONTGOMERY
BENNY C. GOODMAN III
ROBERT R. HENSSLER, JR.
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

S:\Settlement\Hanover set\MOT00006122.doc

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on January 30, 2004, declarant served by UPS, next day delivery, the SETTLING PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND THE SECURITIES AND ERISA PLANS OF ALLOCATION; AND (2) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2004, at San Diego, California.

_____
DANELLE L. MCNERTNEY

HANOVER COMPRESSOR (SETTLEMENT)
Service List - 1/29/2004   (202-038S)
Page 1 of 3

## Counsel For Defendant(s)

Eric J.R. Nichols
Beck, Redden & Secrest L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010
   713/951-3700
   713/951-3720(Fax)

Pamela G. Smith
Katten, Muchin Zavis & Rosenman
525 W. Monroe Street, Suite 1600
Chicago, IL 60661-3693
   312/902-5200
   312/902-1061(Fax)

Harvey G. Brown, Jr.
Orgain, Bell & Tucker
27 Post Oak, Suite 1410
Houston, TX 77056
   713/572-8772
   713/572-8766(Fax)

Thomas W. Paterson
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
   713/651-9366
   713/654-6666(Fax)

## Counsel For Plaintiff(s)

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
   615/244-2202
   615/252-3798(Fax)

James D. Baskin, III
Baskin Law Firm
300 W. 6th Street, Suite 1950
Austin, TX 78701
   512/381-6300
   512/322-9280(Fax)

James G. Stranch III
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN 37201-1631
   615/254-8801
   615/255-5419(Fax)

Timothy J. Crowley
Richard E. Norman
Crowley Douglas & Norman, LLP
1301 McKinney, Suite 3500
Houston, TX 77010
   713/651-1771
   713/651-1775(Fax)

HANOVER COMPRESSOR (SETTLEMENT)
Service List - 1/29/2004  (202-038S)
Page 2 of 3

John G. Emerson, Jr.
Scott E. Poynter
Emerson Poynter LLP
1509 Louisiana, Suites C & D
Little Rock, AR 72202-5094
  501/907-2555
  501/907-2556(Fax)

Thomas E. Bilek
Hoeffner & Bilek, LLP
440 Louisiana, Suite 720
Houston, TX 77002
  713/227-7720
  713/227-9404(Fax)

Darren J. Robbins
Jeffrey D. Light
Matthew P. Montgomery
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423(Fax)

Joe Kendall
Provost Umphrey Law Firm, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
  214/744-3000
  214/744-3015(Fax)

Paul Warner
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
  713/622-7271
  713/623-8724(Fax)

Brian J. Robbins
Marc M. Umeda
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
  619/525-3990
  619/525-3991(Fax)

Marc A. Topaz
Darren J. Check
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
  610/667-7706
  610/667-7056(Fax)

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
  415/788-4220
  415/788-0161(Fax)

HANOVER COMPRESSOR (SETTLEMENT)

Service List - 1/29/2004   (202-038S)

Page 3 of 3

Roger B. Greenberg
Schwartz, Junell, Greenberg & Oathout, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
   713/752-0017
   713/752-0327 (Fax)

Richard B. Brualdi
Kevin T. O'Brien
The Brualdi Law Firm
29 Broadway, Suite 1515
New York, NY 10006
   212/952-0602
   212/952-0608 (Fax)