CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
2-6-04
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, et al., On Behalf of Themselves and All Others Similarly Situated, | § § § § § | Civil Action No. H-02-0410 **(Consolidated)** CLASS ACTION |
| Plaintiffs, | § § | |
| vs. | § § | |
| HANOVER COMPRESSOR COMPANY, et al., | § § § | |
| Defendants. | § § § | |

United States Courts
Southern District of Texas
ENTERED

FEB 0 9 2004

Michael N. Milby, Clerk of Court



**ORDER AWARDING SETTLING PLAINTIFFS' COUNSEL'S FEES AND
REIMBURSEMENT OF EXPENSES, REIMBURSEMENT OF CERTAIN LEAD
PLAINTIFFS' TIME AND EXPENSES AND AWARD TO ERISA NAMED PLAINTIFF**

150

This matter having come before the Court on February 6, 2004 on the motion of Settling Plaintiffs' Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Actions, reimbursement of certain Lead Plaintiffs' time and expenses and award to ERISA named plaintiff, the Court, having considered all papers filed and proceedings had herein; having found the Settlement of the Actions to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated as of October 23, 2003 (the "Stipulation"), and filed with the Court.

2.  This Court has jurisdiction over the subject matter of this motion and all matters relating thereto, including all members of the Securities Plaintiff Class who have not timely and validly requested exclusion, all members of the ERISA Plaintiff Class, Hanover and Hanover Shareholders.

3.  The Court hereby awards Lead Counsel attorneys' fees of 21.95% of the Securities Settlement Fund and reimbursement of litigation expenses in the amount of $452,050.82, together with the interest earned thereon for the same period and at the same rate as that earned on the Securities Settlement Fund until paid. Said fees and expenses shall be paid pursuant to the terms of the Stipulation and proportionately from the cash, stock and note portion of the Securities Settlement Fund. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method. The Court also awards $8,000.00 and $9,185.00 to Lead Plaintiffs, Specialists DPM and 720 Capital Management, respectively, as reimbursement for their time and expenses in prosecuting the Securities Actions on behalf of the Securities Plaintiff Class.

4.      The Court hereby awards Settling ERISA Plaintiffs' Counsel attorneys' fees of 21.95% of the ERISA Settlement Fund and reimbursement of litigation expenses in the amount of $28,703.23, together with the interest earned thereon for the same time period and at the same rate as that earned on the ERISA Settlement Fund until paid.  Said fees shall be paid pursuant to the Stipulation.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method. The Court also awards the named plaintiff in *Kirkley v. Hanover, et al.*, Case No. H-03-1155, $2,500.00 for his services on behalf of the ERISA Plaintiff Class.

5.      The agreed to attorneys' fees and expenses of $700,000.00 in cash and 75,000 shares to be paid to Derivative Plaintiff's Counsel of Hanover Common Stock pursuant to the Stipulation is so ordered in accordance with the terms set forth in the Stipulation.

IT IS SO ORDERED.

DATED: February 6, 2004

THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

S:\Settlement\Hanover.set\ORD00006136.doc

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.    That on January 30, 2004, declarant served by UPS, next day delivery, the ORDER AWARDING SETTLING PLAINTIFFS' COUNSEL'S FEES AND REIMBURSEMENT OF EXPENSES, REIMBURSEMENT OF CERTAIN LEAD PLAINTIFFS' TIME AND EXPENSES AND AWARD TO ERISA NAMED PLAINTIFF to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2004, at San Diego, California.

DANELLE L. MCNERTNEY

HANOVER COMPRESSOR (SETTLEMENT)
Service List -. 1/29/2004   (202-038S)
Page 1 of 3

**Counsel For Defendant(s)**

Eric J.R. Nichols
Beck, Redden & Secrest L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX  77010
    713/951-3700
    713/951-3720 (Fax)

Pamela G. Smith
Katten, Muchin Zavis & Rosenman
525 W. Monroe Street, Suite 1600
Chicago, IL  60661-3693
    312/902-5200
    312/902-1061 (Fax)

Harvey G. Brown, Jr.
Orgain, Bell & Tucker
27 Post Oak, Suite 1410
Houston, TX  77056
    713/572-8772
    713/572-8766 (Fax)

Thomas W. Paterson
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
    713/651-9366
    713/654-6666 (Fax)

**Counsel For Plaintiff(s)**

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
    615/244-2202
    615/252-3798 (Fax)

James D. Baskin, III
Baskin Law Firm
300 W. 6th Street, Suite 1950
Austin, TX  78701
    512/381-6300
    512/322-9280 (Fax)

James G. Stranch III
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN  37201-1631
    615/254-8801
    615/255-5419 (Fax)

Timothy J. Crowley
Richard E. Norman
Crowley Douglas & Norman, LLP
1301 McKinney, Suite 3500
Houston, TX  77010
    713/651-1771
    713/651-1775 (Fax)

HANOVER COMPRESSOR (SETTLEMENT)
Service List - 1/29/2004   (202-038S)
Page 2 of 3

John G. Emerson, Jr.
Scott E. Poynter
Emerson Poynter LLP
1509 Louisiana, Suites C & D
Little Rock, AR 72202-5094
    501/907-2555
    501/907-2556 (Fax)

Thomas E. Bilek
Hoeffner & Bilek, LLP
440 Louisiana, Suite 720
Houston, TX 77002
    713/227-7720
    713/227-9404 (Fax)

Darren J. Robbins
Jeffrey D. Light
Matthew P. Montgomery
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
    619/231-1058
    619/231-7423 (Fax)

Joe Kendall
Provost Umphrey Law Firm, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
    214/744-3000
    214/744-3015 (Fax)

Paul Warner
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
    713/622-7271
    713/623-8724 (Fax)

Brian J. Robbins
Marc M. Umeda
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
    619/525-3990
    619/525-3991 (Fax)

Marc A. Topaz
Darren J. Check
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
    610/667-7706
    610/667-7056 (Fax)

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
    415/788-4220
    415/788-0161 (Fax)

HANOVER COMPRESSOR (SETTLEMENT)

Service List - 1/29/2004   (202-038S)

Page 3 of 3

Roger B. Greenberg
Schwartz, Junell, Greenberg & Oathout, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX  77010
   713/752-0017
   713/752-0327 (Fax)

Richard B. Brualdi
Kevin T. O'Brien
The Brualdi Law Firm
29 Broadway, Suite 1515
New York, NY  10006
   212/952-0602
   212/952-0608 (Fax)