CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
2-6-04
MICHAEL N. MILBY, CLERK
BY DEPUTY



United States Courts
Southern District of Texas
FILED
JAN 30 2004
Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, et al., On Behalf of Themselves and All Others Similarly Situated, | § § § § § § | Civil Action No. H-02-0410<br>**(Consolidated)**<br><br>CLASS ACTION |
| Plaintiffs, | § § | |
| vs. | § § | |
| HANOVER COMPRESSOR COMPANY, et al., | § § § | |
| Defendants. | § § | |

United States Courts
Southern District of Texas
ENTERED

FEB 0 9 2004

Michael N. Milby, Clerk of Court

**ORDER APPROVING THE SECURITIES AND ERISA PLANS OF ALLOCATION**



151

This matter having come before the Court on February 6, 2004 on Settling Plaintiffs' request for approval of the Securities and ERISA Plans of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated as of October 23, 2003 (the "Stipulation"), and filed with the Court.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are members of the Securities Plaintiff Class and the ERISA Plaintiff Class and who could be identified with reasonable effort, advising them of the Securities and the ERISA Plans of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are members of the Securities Plaintiff Class and the ERISA Plaintiff Class to be heard with respect to the Securities Plan of Allocation and the ERISA Plan of Allocation and there were no objections.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Securities and ERISA Claimants which is set forth in the Notice of Pendency of Class Action and Proposed Class Action Settlement (the "Class Notice") and the Notice of Pendency of ERISA Class Action and Proposed ERISA Class Action Settlement (the "ERISA Notice"), respectively, sent to class members, provides a fair and reasonable basis upon which to allocate the proceeds of the Securities Settlement Fund and ERISA Settlement Fund less expenses and costs as allowed by the Stipulation and approved by the Court with due consideration having been given to administrative convenience and necessity. This Court hereby finds and concludes that

- 2 -

the Plans of Allocation set forth in the Class Notice and the ERISA Notice are in all respects, fair, reasonable and adequate and the Court hereby approves both the Securities Plan of Allocation and the ERISA Plan of Allocation.

IT IS SO ORDERED.

DATED: February 6, 2004

_____
THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

S:\Settlement\Hanover set\ORD00006123 doc

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.      That on January 30, 2004, declarant served by UPS, next day delivery, the ORDER APPROVING THE SECURITIES AND ERISA PLANS OF ALLOCATION to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2004, at San Diego, California.

*[signature]*
DANELLE L. MCNERTNEY

HANOVER COMPRESSOR (SETTLEMENT)
Service List - 1/29/2004   (202-038S)
Page 1 of 3

**Counsel For Defendant(s)**

Eric J.R. Nichols
Beck, Redden & Secrest L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010
  713/951-3700
  713/951-3720(Fax)

Pamela G. Smith
Katten, Muchin Zavis & Rosenman
525 W. Monroe Street, Suite 1600
Chicago, IL 60661-3693
  312/902-5200
  312/902-1061(Fax)

Harvey G. Brown, Jr.
Orgain, Bell & Tucker
27 Post Oak, Suite 1410
Houston, TX 77056
  713/572-8772
  713/572-8766(Fax)

Thomas W. Paterson
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
  713/651-9366
  713/654-6666(Fax)

**Counsel For Plaintiff(s)**

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
  615/244-2202
  615/252-3798(Fax)

James D. Baskin, III
Baskin Law Firm
300 W. 6th Street, Suite 1950
Austin, TX 78701
  512/381-6300
  512/322-9280(Fax)

James G. Stranch III
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN 37201-1631
  615/254-8801
  615/255-5419(Fax)

Timothy J. Crowley
Richard E. Norman
Crowley Douglas & Norman, LLP
1301 McKinney, Suite 3500
Houston, TX 77010
  713/651-1771
  713/651-1775(Fax)

HANOVER COMPRESSOR (SETTLEMENT)

Service List - 1/29/2004    (202-038S)

Page 2 of 3

John G. Emerson, Jr.
Scott E. Poynter
Emerson Poynter LLP
1509 Louisiana, Suites C & D
Little Rock, AR  72202-5094
   501/907-2555
   501/907-2556 (Fax)

Thomas E. Bilek
Hoeffner & Bilek, LLP
440 Louisiana, Suite 720
Houston, TX  77002
   713/227-7720
   713/227-9404 (Fax)

Darren J. Robbins
Jeffrey D. Light
Matthew P. Montgomery
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Joe Kendall
Provost Umphrey Law Firm, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
   214/744-3000
   214/744-3015 (Fax)

Paul Warner
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
   713/622-7271
   713/623-8724 (Fax)

Brian J. Robbins
Marc M. Umeda
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA  92101
   619/525-3990
   619/525-3991 (Fax)

Marc A. Topaz
Darren J. Check
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA  94111
   415/788-4220
   415/788-0161 (Fax)

HANOVER COMPRESSOR (SETTLEMENT)
Service List - 1/29/2004   (202-038S)
Page 3 of 3

Roger B. Greenberg
Schwartz, Junell, Greenberg & Oathout, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX  77010
   713/752-0017
   713/752-0327 (Fax)

Richard B. Brualdi
Kevin T. O'Brien
The Brualdi Law Firm
29 Broadway, Suite 1515
New York, NY  10006
   212/952-0602
   212/952-0608 (Fax)